# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:07-MJ-17

IAN TIMOTHY BARKER

**ORDER**

The United States of America having filed a Motion for Stay of the Order of Release Pending Review and Appeal, and it appearing that the government intends to appeal to the district court the release order entered by the undersigned in this case,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall stay the release order entered February 6, 2007 in this case pending further order of this Court.

Signed: February 9, 2007

David C. Keesler
United States Magistrate Judge